UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE A. JONES,

      Plaintiff,                         Case No. 20-cv-11566

v.                                          Paul D. Borman
                                          United States District Judge

COMMISSIONER OF                David R. Grand
SOCIAL SECURITY,                United States Magistrate Judge

      Defendant.

_____/

**<u>ORDER (1) ADOPTING MAGISTRATE JUDGE GRAND'S
APRIL 30, 2021 REPORT AND RECOMMENDATION (ECF NO. 16),
(2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(ECF NO. 15),
(3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
(ECF NO. 14), AND
(4) AFFIRMING THE FINDINGS OF THE COMMISSIONER</u>**

On April 30, 2021, Magistrate Judge David R. Grand issued a Report and Recommendation to Grant Defendant's Motion for Summary Judgment, Deny Plaintiff's Motion for Summary Judgment, and Affirm the findings of the Commissioner in this action challenging the Commissioner's final decision to deny Plaintiff's application for Supplemental Security Income under the Social Security Act. (ECF No. 16, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the Report and Recommendation (ECF No. 16), **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 14), **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 156), and **AFFIRMS** the findings of the Commissioner.

IT IS SO ORDERED.

                                              s/Paul D. Borman
                                              Paul D. Borman
                                              United States District Judge

Dated: May 19, 2021